E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
GERALYN GULSETH
Special Assistant United States Attorney
    6401 Security Blvd.
    Baltimore, MD 21235
    San Francisco, CA  94105
    Telephone: 510-970-4819
    e-mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY VARNADO,<br>    Plaintiff,<br>vs.<br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 2:23-cv-09533-E<br><br>JUDGMENT OF REMAND |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 1/22/2024    /s/ Charles F. Eick
                               HON. CHARLES EICK
                               UNITED STATES MAGISTRATE JUDGE